JS-6

FILED
CLERK, U.S. DISTRICT COURT

August 4, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC, a California limited liability company,<br><br>　　Plaintiff,<br><br>v.<br><br>BOYCULTURE.COM, entity form unknown; BOY CULTURE LLC, a New York limited liability company; MATTHEW RETTENMUND, an individual; and DOES 1-10, inclusive,<br><br>　　Defendants. | Case No. CV16-00531-SJO-SS<br>Hon. S. James Otero<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The Court, having considered the parties' Stipulation, hereby dismisses this action with prejudice, with each party to bear its attorneys' fees and costs.

Dated: August 4, 2016

*S. James Otero*

———————————————
Hon. S. James Otero
United States District Judge

1
**[PROPOSED] ORDER OF DISMISSAL**